UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
SEP 29 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**LAZARO JAVIER CHAVIANO BARROSO**
**YESENIA SUAREZ GONZALEZ**

INFORMATION

NO. 3:25-CR-144-DJH
18 U.S.C. § 2
18 U.S.C. § 371
18 U.S.C. § 981
28 U.S.C. § 2461

The United States Attorney charges:

## COUNT 1
*(Conspiracy to Commit Offenses Against the United States)*

1. In or about and between September 2023 and October 2024, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **LAZARO JAVIER CHAVIANO BARROSO** and **YESENIA SUAREZ GONZALEZ**, aided and abetted by others known and unknown to the grand jury, did knowingly and willfully conspire together to commit offenses against the United States, to wit, to abstract and remove articles and things contained in the United States mail in violation of 18 U.S.C. § 1708, and each did acts to effect the object of the conspiracy.

*Object of the Conspiracy*

2. It was the object of the conspiracy to profit through abstracting and removing, and subsequently selling, cellular phones from the United States Postal Service mail stream (hereinafter "mail").

*Manner and Means of the Conpsiracy*

3. In furtherance of the conspiracy, **LAZARO JAVIER CHAVIANO BARROSO**

and **YESENIA SUAREZ GONZALEZ** conspired to steal cellular phones from the mail and subsequently sold the cellular phones for profit. **LAZARO JAVIER CHAVIANO BARROSO**, through his employment in Louisville, Kentucky, had access to packages being shipped through the mail. During the relevant period, **LAZARO JAVIER CHAVIANO BARROSO** periodically used that access to identify parcels containing cellular phones and to knowingly and willingly abstract and remove the cellular phones from the mail without authorization.

4. **LAZARO JAVIER CHAVIANO BARROSO** provided some of the cellular phones to **YESENIA SUAREZ GONZALEZ**, whose primary role in the conspiracy was to sell and to facilitate the sale of the stolen phones for profit. During the relevant period, **LAZARO JAVIER CHAVIANO BARROSO** and **YESENIA SUAREZ GONZALEZ** sold the stolen phones at ecoATMs. **YESENIA SUAREZ GONZALEZ** also provided the stolen phones to other individuals to sell, who then paid the proceeds to **LAZARO JAVIER CHAVIANO BARROSO** and **YESENIA SUAREZ GONZALEZ**. **YESENIA SUAREZ GONZALEZ** knew that **LAZARO JAVIER CHAVIANO BARROSO** had stolen the devices from the mail.

*Overt Acts*

5. During the relevant period, **LAZARO JAVIER CHAVIANO BARROSO** knowingly and willingly abstracted and removed cellular phones from the mail without authorization.

6. During the relevant period, **LAZARO JAVIER CHAVIANO BARROSO** and **YESENIA SUAREZ GONZALEZ** knowingly and willingly sold the stolen cellular phones for profit at ecoATMs.

7. During the relevant period, **YESENIA SUAREZ GONZALEZ** provided the stolen cellular phones to other individuals to sell, and received the profits after those individuals

sold them.

In violation of Title 18, United States Code, Section 371.

## NOTICE OF FORFEITURE

If convicted of any violation of Title 18, United States Code, Section 371, as alleged in Count 1 of this Information, defendants **LAZARO JAVIER CHAVIANO BARROSO** and **YESENIA SUAREZ GONZALEZ** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as the result of the violations.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461.

*/s/ Kyle Bumgarner*

_____
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:NSE

UNITED STATES OF AMERICA v. **LAZARO JAVIER CHAVIANO BARROSO** and **YESENIA SUAREZ GONZALEZ**

## PENALTIES

Count 1: NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

  1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

  2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

  LOUISVILLE:  Clerk, U.S. District Court
           106 Gene Snyder U.S. Courthouse
          601 West Broadway
          Louisville, KY 40202
          502/625-3500

  BOWLING GREEN: Clerk, U.S. District Court
          120 Federal Building
          241 East Main Street
          Bowling Green, KY 42101
          270/393-2500

  OWENSBORO:  Clerk, U.S. District Court
          126 Federal Building
          423 Frederica
          Owensboro, KY 42301
          270/689-4400

  PADUCAH:   Clerk, U.S. District Court
          127 Federal Building
          501 Broadway
          Paducah, KY 42001
          270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.